UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-81379-MIDDLEBROOKS

MATT GOTTLIEB, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

KC WELLNESS, INC. D/B/A MASSAGE
HEIGHTS, a Florida Corporation,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Stipulation for Voluntary Dismissal with Prejudice, filed November 30, 2018. (DE 11). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

(3) Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 30th day of November, 2018.

                                              Donald M. Middlebrooks
                                              United States District Judge

Copies to:    Counsel of Record